IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

FILED IN DISTRICT COURT
OKLAHOMA COUNTY

OCT 15 2019

RICK WARREN
COURT CLERK

| | |
|---|---|
| VALERIE EASLEY, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 40_____ |
| | ) CJ-2019-5831 |
| THEODORE BURZYNSKI, individually and | ) |
| DESTINY HAGANS, individually, and | ) |
| TAG OKC, INC., individually, | ) |
| Defendants. | ) |

# PETITION

COMES NOW the Plaintiffs, Valerie Easley, and for her cause of action state as follows:

1. On or about April 16, 2019, Plaintiff was involved in a collision with automobiles driven by Defendants Theodore Burzynski and Destiny Hagans. The collision occurred near the intersection of I-44 W/B and Pennsylvania, city of Oklahoma City, Oklahoma County, Oklahoma.

2. The collision described above was a direct result of the negligence of Defendants Burzynski and Hagans in that they failed to exercise reasonable care in operating the vehicles they were driving.

3. Defendant Tag OKC, Inc., knowingly entrusted his vehicle to an incompetent and/or reckless driver, Theodore Burzynski, who negligently failed to control his vehicle and collided with Plaintiffs' vehicle proximately causing Plaintiffs' injuries and damages.

4. That as a result of the Defendants' negligence, Plaintiff has incurred medical expenses, loss of earnings, physical pain and suffering and mental pain and suffering.

Exhibit 1-Petition

5. That as a result of the above-reference acts, the Plaintiffs have been damaged in an amount in excess of $75,000.00.

WHEREFORE, Plaintiff, Valerie Easley, prays for judgment against the Defendants in an amount in excess of $75,000.00, plus interest, costs, and all other relief this Court deems just and equitable.

Respectfully submitted,

GRIFFIN, REYNOLDS & ASSOCIATES

_____
Jason B. Reynolds, OBA No. 18132
Billy D. Griffin, OBA No. 17945
GRIFFIN, REYNOLDS & ASSOCIATES
210 Southeast 89th Street
Oklahoma City, OK 73149
(405) 721-9500
(405) 721-9503 Facsimile
ATTORNEYS FOR PLAINTIFF

ATTORNEY LIEN CLAIMED

```
                                    US POSTAGE
                                    $6.80
                                    FIRST-CLASS
                                    OCT 16 2019
                                    Mailed from ZIP 73149
                                    071V1028249
                                    endicia.com
```

OKLAHOMA CITY

USPS CERTIFIED MAIL

9414 7118 9956 1963 4589 09

RETURN RECEIPT REQUESTED
THEODORE BURZYNSKI
360 NEWPORT RD
UNIONDALE NY 11553-1824

11553-182460

The Law Offices of
Griffin, Reynolds & Associates
210 SE 89th St
Oklahoma City, OK 73149-1910